4 So.2d 927
### John WHEAT v. STATE.
7 Div. 647.

Court of Appeals of Alabama.
Oct. 28, 1941.

Thos. S. Lawson, Atty. Gen., and Noble J. Russell, Asst. Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

11 So.2d 175
### J. R. WHITE, as Chairman Board of Revenue, v. STATE ex rel. T. S. BOYD et als., as Members Board of Revenue.
6 Div. 971.

Court of Appeals of Alabama.
Dec. 15, 1942.

Arthur Fite, of Jasper, for appellant.

Pennington & Tweedy and Bankhead & Kilgore, all of Jasper, for appellees.

BRICKEN, Presiding Judge.
Appeal dismissed by agreement; costs taxed against appellees.

1 So.2d 50
### Fernando WHITLOCK v. STATE.
8 Div. 66.

Court of Appeals of Alabama.
Jan. 21, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

8 So.2d 908
### Vester WHITLOCK v. STATE.
8 Div. 273.

Court of Appeals of Alabama.
June 9, 1942.

Wm. Stell, of Russellville, for appellant.
Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

1 So.2d 50
### Max M. WIEBER v. CITY OF BIRMINGHAM.
6 Div. 696.

Court of Appeals of Alabama.
Feb. 18, 1941.

SIMPSON, Judge.
Affirmed.

8 So.2d 908
### Jim WILLIS v. STATE.
8 Div. 222.

Court of Appeals of Alabama.
May 26, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.